UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Bridgete Boyd, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-11-3553 |
| | § | |
| Harris County, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

Bridgete Boyd will take nothing from Harris County and Officer Mark Goad.

Signed on July 19, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge